Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of mah jong sets, artificial ivory figures, and other articles composed of synthetic resin similar in all material respects to those the subject of Abstracts 51306 and 51959.   The claim at 20 percent under paragraph 1558 was therefore sustained.

**No. 52805.**—Dr. A. Gref *v.* United States, protest 93644–K (New York).

Opinion by OLIVER, C. J.   It was stipulated that the merchandise consists of a magnetometer and parts, including vertical field balance, similar in all material respects to that the subject of *Asiatic Petroleum Corp.* v. *United States* (19 Cust. Ct. 3, C. D. 1058), *American Askania Corporation* v. *United States* (21 id. 26, C. D. 1121), and Abstract 52267.   The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 52806.**—Sol Abeles *v.* United States, protest 118865–K (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388).   The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52807.**—Eugene Gray et al. *v.* United States, protests 121852–K, etc. (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388).   The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52808.**—Sam Forwand Co. et al. *v.* United States, protests 131571–K, etc. (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388).   The claim for free entry under paragraph 1681 was therefore sustained.

**No. 52809.**—International Commercial Trading Company *v.* United States, protest 133068–K (New York).

Opinion by MOLLISON, J.   It was stipulated that the merchandise consists of platinum fox fur skins, undressed, similar in all material respects to those the sub-